UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

DOMINO RECORDING COMPANY, INC., and
INDEPENDIENTE LTD.,

                               Plaintiffs,

      -against-

INTERSCOPE GEFFEN A & M RECORDS, a division of
UMG RECORDINGS, INC., WILLIAM. B. ROSE,
professionally known as AXL ROSE, BRIAN P.
CARROLL, RON THAL, PAUL HUGE, ROBIN FINCK,
BRYAN MANTIA, THOMAS E. STINSON and
DARREN A. REED, professionally known as GUNS 'N
ROSES, and CHRISTOPHER PITMAN,

                               Defendants.
-------------------------------------------------X

Civil Action No. 09 Civ. 8400

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Domino Recording Company, Inc. (a private non-governmental party) certifies that there are no corporate parents and there are no publicly held corporations that own 10% or more of its stock.

Dated:    New York, New York
             October 2, 2009

                                          CAPLAN & ROSS, LLP

                                By: _____
                                      Brian D. Caplan
                                      Jonathan J. Ross
                                      Attorneys for Plaintiff
                                      100 Park Avenue, 18th Floor
                                      New York, New York 10017
                                      (212) 973-2376