UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

DOMINO RECORDING COMPANY, INC., and
INDEPENDIENTE LTD.,

                Plaintiffs,

-against-

INTERSCOPE GEFFEN A & M RECORDS, a division of
UMG RECORDINGS, INC., WILLIAM. B. ROSE,
professionally known as AXL ROSE, BRIAN P.
CARROLL, RON THAL, PAUL HUGE, ROBIN FINCK,
BRYAN MANTIA, THOMAS E. STINSON and
DARREN A. REED, professionally known as GUNS 'N
ROSES, and CHRISTOPHER PITMAN,

                Defendants.
-------------------------------------------------------- X

Civil Action No. 09 Civ. 8400

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Independiente Ltd. (a private non-governmental party) certifies that there are no corporate parents and there are no publicly held corporations that own 10% or more of its stock.

Dated:    New York, New York
           October 2, 2009

                                      CAPLAN & ROSS, LLP

                                      By:_____
                                            Brian D. Caplan
                                            Jonathan J. Ross
                                            Attorneys for Plaintiff
                                            100 Park Avenue, 18th Floor
                                            New York, New York 10017
                                            (212) 973-2376