UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YROK

---

DOMINO RECORDING COMPANY, INC. and
INDEPENDIENTE LTD.,

                              Plaintiffs,

-against-

INTERSCOPE GEFFEN A & M RECORDS, a division of
UMG RECORDINGS, INC., etal.,

                              Defendants.

Case No.
09 Civ. 8400

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Learie Thomas, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Brooklyn, NY:

On November 12, 2009 at 10:25 a.m. at 111 Eighth Avenue, New York, NY 10011, I served the within SUMMONS, COMPLAINT, CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE, JUDGE'S RULES and ECF RULES & INSTRUCTIONS on INTERSCOPE GEFFEN A &M RECORDS, a division of UMG Recordings, Inc., defendant therein named, by delivering a true copy of same to Aixa Flores c/o CT CORPORATION SYSTEMS, registered agent.

The person served is a Hispanic female, brown hair, 45-55 years old, 5'4"-5'6" in height, 120-130 pounds.

                                                                         Learie Thomas
                                                                         License No. 1327426

Sworn to before me this
13th day of November 2009

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

