AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Domino Recording Company, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   09 Civ 08400 |
| Interscope Geffen A&M Records, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Interscope Geffen A&M Records, a division of UMG Recordings, Inc.

Date:     11/30/2009

*Attorney's signature*

Andrew H. Bart (AB-6724)
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York  10022

*Address*

abart@jenner.com
*E-mail address*

(212) 891-1645
*Telephone number*

(212) 909-0805
*FAX number*

## CERTIFICATE OF SERVICE

Carletta F. Higginson, an attorney, hereby certifies and/or states on oath that the preceding Notice of Appearance was served on November 30, 2009 by this Court's ECF system on the following counsel of record:

> Brian D. Caplan, Esq.
> Jonathan J. Ross, Esq.
> Caplan & Ross, LLP
> 100 Park Avenue, 18th Floor
> New York, NY 10017

s/ Carletta F. Higginson