

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINO RECORDING COMPANY, INC., and :
INDEPENDIENTE LTD.,
                                         : Case No. 09 Civ 08400 (GBD)
                  Plaintiffs,
                                         :
             v.
                                         : **STIPULATION**
INTERSCOPE GEFFEN A&M RECORDS, a
division of UMG RECORDINGS, INC., WILLIAM:
B. ROSE, professionally known as AXL ROSE,
BRIAN P. CARROLL, RON THAL, PAUL HUGE,:
ROBIN FINCK, BRYAN MANTIA, THOMAS
E. STINSON and DARREN A. REED,         :
professionally known as GUNS 'N ROSES, and
CHRISTOPHER PITMAN,                       :

                  Defendants.   :
------------------------------------------------------------X

**IT IS HEREBY STIPULATED** by and between the undersigned counsel of record that the time within which defendant sued herein as Interscope Geffen A&M Records, a division of UMG Recordings, Inc. may answer, move or otherwise respond to Plaintiffs' complaint in this action is extended through and including January 29, 2010; and

**IT IS FURTHER STIPULATED** that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
         January 8, 2010

CAPLAN & ROSS, LLP                                JENNER & BLOCK LLP

By: *Jonathan J. Ross*                                      By: _____
   Brian D. Caplan, Esq.                                         Andrew H. Bart, Esq.
   Jonathan J. Ross, Esq.                                        Carletta F. Higginson, Esq.
   100 Park Avenue, 18th Floor                             919 Third Avenue, 37th Floor

New York, New York 10017
Telephone: (212) 973-2376
Facsimile: (212) 661-4290

*Attorneys for Plaintiffs*

New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Defendant sued herein as Interscope Geffen A&M Records, a division of UMG Recordings, Inc.*

SO ORDERED: 14 JAN 2010

George B. Daniels
U.S.D.J.
HON. GEORGE B. DANIELS