Brian D. Caplan
Jonathan J. Ross

OF COUNSEL
Joseph Einstein

# CAPLAN & ROSS, LLP

100 PARK AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: 212.973.2376
FAX: 212.661.4290
www.caplanross.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 1 FEB 2010

Jonathan J. Ross
Direct: 212.973.2378
jross@caplanross.com

January 29, 2010

SO ORDERED:
*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: 0 1 FEB 2010

**BY FAX**

Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, NY 10007

**Re:** **Domino Recording Company, Inc. et al. v. Interscope Geffen A&M Records et al., 09 Civ 8400 (GBD)**

Dear Judge Daniels:

We are attorneys for Plaintiffs in the above action and write to respectfully request an additional 30 days to serve Defendants. This action was filed on October 2, 2009, and thereafter we engaged in discussions with counsel for the band. Unfortunately, those discussions did not result in a settlement. Thereafter, Defendants Interscope and Pitman were served. Their Answers are currently due January 29, 2010 and March 8, 2010, respectively. As to the remaining named Defendants, we have recently been in contact with another attorney who may appear on their behalf in this action. However, the band is currently on tour in Canada and we expect to hear from such attorney in the next week. Accordingly, while we anticipate counsel to appear on their behalf shortly, we respectfully request an additional 30 days to serve the remaining Defendants in this action.

Respectfully submitted,

Jonathan J. Ross
Attorney for Plaintiffs