| | **CAPLAN & ROSS, LLP** |  |
|---|---|---|
| Brian D. Caplan<br>Jonathan J. Ross<br><br>OF COUNSEL<br>Joseph Einstein | 100 PARK AVENUE, 18TH FLOOR<br>NEW YORK, NEW YORK 10017<br>TEL: 212.973.2376<br>FAX: 212.661.4290<br>www.caplanross.com | |

Jonathan J. Ross
Direct: 212.973.2378
jross@caplanross.com

February 8, 2010

**BY FAX**

Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, NY 10007

**SO ORDERED**
The conference is adjourned to April 13, 2010 at 9:45 a.m.
08 FEB 2010
HON. GEORGE B. DANIELS

Re: <u>Domino Recording Company, Inc. et al. v. Interscope Geffen A&M Records et al., 09 Civ 8400 (GBD)</u>

Dear Judge Daniels:

We are attorneys for Plaintiffs in the above action and write, on consent of all parties that have appeared to date to respectfully request an adjournment of the initial conference currently scheduled for February 9, 2010 at 9:45 a.m. On January 29, 2010 Defendant Interscope filed its motion to dismiss the complaint. Defendant Christopher Pitman's response to the Complaint is due March 5, and we are in the process of serving the remaining individual defendants, one of whom was served last week. Accordingly, we respectfully request that the initial conference be adjourned to the week of March 15, 2010, at which point the motion to dismiss will be fully briefed, and all defendants will have appeared.

Respectfully submitted,

Jonathan J. Ross

cc: Carletta Higginson, Esq. (via fax)