UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINO RECORDING COMPANY, INC., and :
INDEPENDIENTE LTD.,
: Case No. 09 Civ 08400 (GBD)
Plaintiffs,
:
v.
: **STIPULATION AND ORDER**
INTERSCOPE GEFFEN A&M RECORDS, a
division of UMG RECORDINGS, INC., WILLIAM:
B. ROSE, professionally known as AXL ROSE,
BRIAN P. CARROLL, RON THAL, PAUL HUGE,:
ROBIN FINCK, BRYAN MANTIA, THOMAS
E. STINSON and DARREN A. REED, :
professionally known as GUNS 'N ROSES, and
CHRISTOPHER PITMAN, :

Defendants. :
------------------------------------------------------------X



**IT IS HEREBY STIPULATED** by and between the undersigned counsel of record for Plaintiffs and Defendant sued herein as Interscope Geffen A&M Records, a division of UMG Recordings, Inc. that Plaintiffs' time to serve and file its opposition papers to Defendant's Motion to Dismiss the Complaint is hereby extended from February 16, 2010 through and including March 1, 2010; and,

**IT IS FURTHER STIPULATED** that Defendant's time to serve and file its reply papers on its Motion to Dismiss the Complaint is hereby extended through and including March 15, 2010; and,

**IT IS FURTHER STIPULATED** that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
February 12, 2010

CAPLAN & ROSS, LLP

By: _____
Brian D. Caplan, Esq.
Jonathan J. Ross, Esq.
100 Park Avenue, 18th Floor
New York, New York 10017
Telephone: (212) 973-2376
Facsimile: (212) 661-4290

*Attorneys for Plaintiffs*

JENNER & BLOCK LLP

By: _____
Andrew H. Bart, Esq.
Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Defendant sued herein as Interscope Geffen A&M Records, a division of UMG Recordings, Inc.*

SO ORDERED:  17 FEB 2010

George B. Daniel
HON. GEORGE B. DANIELS, U.S.D.J.

2