| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Caplan & Ross, LLP  Brian D. Caplan SBN BC-1713<br>Caplan & Ross, LLP<br>100 Park Avenue 18th Floor<br>New York, NY 10017<br>ATTORNEY FOR    Plaintiff | 212-973-2379<br><br>Ref. No. or File No.<br>09cv8400 | |

| UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT, NEW YORK |
|---|
| 500 Pearl Street<br>New York, NY 10007 |

| SHORT TITLE OF CASE: |
|---|
| Domino Recording Company, Inc. et al. vs Interscope Geffen A&M Records et al. |

| INVOICE NO.<br>740216 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>09cv8400 |
|---|---|---|---|---|

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Complaint; ECF Rules; Judge's Rules; Finck Summons; Consent to Proceed Before US Magistrate;

On: Robin Finck

In the above mentioned action by delivering to and leaving with the above named person a copy thereof, at:

22404 Cass Avenue
Woodland Hills, CA 91364

On: 2/2/2010                    At: 12:00 PM

Person who served papers
  a. Name: Homayon Taghavi
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 59.50
  e. I am:
  (3) [X] a registered CA process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: 6007
      (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

2/10/2010

Homayon Taghavi

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-10

**Declaration of Service**

Dockets.Justia.com