USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 15 MAR 2010

Daniels, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOMINO RECORDING COMPANY, INC., and :
INDEPENDIENTE LTD.,
                                                                        :    Case No. 09 Civ 08400 (GBD)
                            Plaintiffs,
                                                                        :
            v.
                                                                        :    **STIPULATION**
INTERSCOPE GEFFEN A&M RECORDS, a
division of UMG RECORDINGS, INC., WILLIAM :
B. ROSE, professionally known as AXL ROSE,
BRIAN P. CARROLL, RON THAL, PAUL HUGE,:
ROBIN FINCK, BRYAN MANTIA, THOMAS
E. STINSON and DARREN A. REED,                       :
professionally known as GUNS 'N ROSES, and
CHRISTOPHER PITMAN,                                      :

                            Defendants.                     :
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the time within which defendant Interscope Geffen A&M Records, a division of UMG Recordings, Inc., may serve reply papers, if any, in further support of its motion to dismiss the complaint in the above-captioned action is hereby extended through and including March 29, 2010.

**IT IS FURTHER STIPULATED** that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
           March 11, 2010

313211

CAPLAN & ROSS, LLP

By: *[signature]*
Brian D. Caplan, Esq.
Jonathan J. Ross, Esq.
100 Park Avenue, 18th Floor
New York, New York 10017
Telephone: (212) 973-2376
Facsimile: (212) 661-4290

*Attorneys for Plaintiffs*

JENNER & BLOCK LLP

By: *[signature]*
Andrew H. Bart, Esq.
Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Defendant Interscope Geffen A&M Records, a division of UMG Recordings, Inc.*

SO ORDERED:
15 MAR 2010

*[signature]*
HON. GEORGE B. DANIELS
U.S.D.J.